

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-19-00451-CV

———————————————————

IN RE KEVIN PHELPS, Relator

---

Original Proceeding
Trial Court No. 1288894

---

Before Wallach, J.; Sudderth, C.J.; and Gabriel, J.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and the real party in interest's response and is of the opinion that the petition should be dismissed as moot. Accordingly, relator's petition for writ of mandamus is dismissed as moot.

Per Curiam

Delivered: January 6, 2020